# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMIE DESALVO** *et al.*                                                                                      **PLAINTIFFS**

**VS.**                                                   **4:14-CV-00361-BRW**

**JOSEPH BROCK SPEAR,** *et al.*                                                            **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, I approve and adopt as my findings in all respects the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order. I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not in good faith.

IT IS SO ORDERED this 10th day of November, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE